NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| In the Interest of A.S., L.S., B.S., G.S., and C.S., children.<br><br>_____<br><br>T.S.,<br><br>        Appellant,<br><br>v.<br><br>DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM PROGRAM,<br><br>        Appellees.<br>_____ | Case No. 2D18-634 |

Opinion filed June 29, 2018.

Appeal from the Circuit Court for
Hillsborough County; Emily A. Peacock,
Circuit Judge.

Jessica C. Tien of Tien Law Group, Tampa,
for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Mary Soorus, Assistant
Attorney General, Tampa, for Appellee
Department of Children and Families.

Rocco J. Carbone, III, Law Office of Rocco
J. Carbone, III, PLLC, St. Augustine, and
Thomasina Moore, Sanford, for Appellee
Guardian ad Litem Program.

PER CURIAM.

Affirmed.

CASANUEVA, KELLY, and ATKINSON, JJ., Concur.